CORTLIN H. LANNIN (State Bar No. 266488)
LESLIE N. HARVEY (State Bar No. 241203)
    (*admission to C.D. Cal. pending*)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091
Email:   clannin@cov.com

Attorneys for Plaintiff
THE AMERICAN AUTOMOBILE
ASSOCIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> GALACAUS, INC. a/k/a TRELLIAN LLC; TRELLIAN PTY LIMITED; TRANSURE ENTERPRISE LTD; DAVID SMITH; and ABOVE.COM DOMAIN PRIVACY, <br><br> Defendants. | Civil Case No. CV 11 00587-DSF (JCGx) <br><br> **FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AS TO INTERESTED PARTIES** |

    Pursuant to 7.1 of the Federal Rules of Civil Procedure, counsel of record for Plaintiff The American Automobile Association, Inc. ("AAA") certifies that AAA is a not-for-profit, non-stock corporation organized and existing under the laws of the State of Connecticut, with its principal place of business in Heathrow, Florida. Counsel further certifies that AAA does not have a parent corporation and there is no publicly held corporation that owns stock in AAA.

    Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for The American Automobile Association, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

RULE 7.1 STATEMENT

| Party | Interest |
|---|---|
| The American Automobile Association, Inc. | Plaintiff |

January 20, 2011

COVINGTON & BURLING LLP

By: *[signature]*

Cortlin H. Lannin

Attorney on Record for Plaintiff THE AMERICAN AUTOMOBILE ASSOCIATION, INC.

Of Counsel:
Neil K. Roman, Esq.
Peter D. Saharko, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone:     (202) 662-6000
Facsimile:     (202) 662-6291
nroman@cov.com
psaharko@cov.com

Leslie N. Harvey (State Bar No. 241203)
          (admission to C.D. Cal. pending)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone:     (415) 591-6000
Facsimile:     (415) 591-6091
Email:         lharvey@cov.com