**ORIGINAL**

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of California___ on the following ☐ Patents or ☒ Trademarks:

CV 11-00587

| DOCKET NO. | DATE FILED<br>1/20/2011 | U.S. DISTRICT COURT Central District of California |
|---|---|---|
| PLAINTIFF<br>THE AMERICAN AUTOMOBILE ASSOCIATION, INC. | | DEFENDANT<br>GALACAUS, INC. a/k/a TRELLIAN LLC; TRELLIAN PTY LIMITED; TRANSURE ENTERPRISE LTD; DAVID SMITH; and ABOVE.COM DOMAIN PRIVACY, |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  829,265 | 5/23/1967 | THE AMERICAN AUTOMOBILE ASSOCIATION, INC. |
| 2  2,158,654 | 5/19/1998 | THE AMERICAN AUTOMOBILE ASSOCIATION, INC. |
| 3  3,316,227 | 10/23/2007 | THE AMERICAN AUTOMOBILE ASSOCIATION, INC. |
| 4 | | |
| 5 | | |

FILED  2011 JAN 20 AM 10:32  CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy