|   |   |
|---|---|
| 1 | Cortlin H. Lannin (State Bar No. 266488) |
|   | clannin@cov.com |
| 2 | Leslie N. Harvey (State Bar No. 241203) |
|   | (admission to C.D. Cal. pending) |
| 3 | lharvey@cov.com |
|   | COVINGTON & BURLING LLP |
| 4 | One Front Street |
|   | San Francisco, CA 94111 |
| 5 | Telephone: (415) 591-6000 |
|   | Facsimile:  (415) 591-6091 |
| 6 | Michael D. Adams (State Bar No. 185835) |
| 7 | madams@rutan.com |
|   | RUTAN & TUCKER, LLP |
| 8 | 611 Anton Boulevard, Suite 1400 |
|   | Costa Mesa, California 92626-1931 |
| 9 | Telephone:  714-641-5100 |
|   | Facsimile:   714-546-9035 |
| 10 | Attorneys for Plaintiff |
| 11 | THE AMERICAN AUTOMOBILE ASSOCIATION, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., | Case No. CV11-00587-DSF(JCGx) |
|---|---|
| Plaintiff, | NOTICE OF ASSOCIATION OF COUNSEL |
| vs. | Date Action Filed:  January 20, 2011 |
| GALACAUS, INC. a/k/a TRELLIAN LLC; TRELLIAN PTY LIMITED; TRANSURE ENTERPRISE LTD; DAVID SMITH; and ABOVE.COM DOMAIN PRIVACY, | Trial Date:  None Set |
| Defendants. | |

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff THE AMERICAN AUTOMOBILE ASSOCIATION, INC. hereby associates the law firm of Rutan & Tucker, LLP as attorneys of record in the above-referenced matter. Please add Michael D. Adams of Rutan & Tucker, LLP to your service list:

| | |
|---|---|
| 1 | Michael D. Adams |
| 2 | RUTAN & TUCKER, LLP |
| | 611 Anton Boulevard, Suite 1400 |
| 3 | Costa Mesa, CA 92626-1931 |
| | Telephone: 714-641-5100 |
| 4 | Facsimile: 714-546-9035 |
| 5 | Email: madams@rutan.com |

Dated: February 17, 2011               COVINGTON & BURLING LLP

By: _/s/ Cortlin Lannin_

Cortlin H. Lannin
Attorneys for Plaintiff
THE AMERICAN AUTOMOBILE
ASSOCIATION, INC.