Name & Address:
Michael D. Adams (SBN 185835)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: 714-641-5100/Fax: 714-546-9035
Attorneys for Plaintiff The American Automobile Association, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THE AMERICAN AUTOMOBILE ASSOCIATION, INC.<br>PLAINTIFF(S)<br>v.<br>GALACAUS, INC. a/k/a TRELLIAN LLC; TRELLIAN PTY LIMITED; TRANSURE ENTERPRISE LTD; DAVID SMITH; and ABOVE.COM DOMAIN PRIVACY<br>DEFENDANT(S). | CASE NUMBER<br>CV11 00587-DSF(JCGx)<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
|---|---|

**The following information must be provided:**

I, Michael D. Adams , 185835 , madams@rutan.com
    *Name*          *CA Bar ID Number*       *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
The American Automobile Association, Inc.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☒ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ **TO UPDATE NAME OR FIRM INFORMATION:**
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☒ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☒ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.


American LegalNet, Inc.
www.FormsWorkFlow.com

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **

  ☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

  ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____

  ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

  ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: February 17, 2011

*Signature of Attorney of Record / Attorney for the Firm*
Michael D. Adams

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

American LegalNet, Inc.
www.FormsWorkFlow.com