AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Above.com Domain Privacy

was received by me on *(date)* Jan 20, 2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Service was made pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and the Hague Convention, by sending a copy of the summons and complaint, and documents listed in the attached letter, on January 28, 2011 by registered international mail, return receipt requested to 8 East Concourse, Beaumaris, VIC 3193, Australia. I received a return receipt acknowledgement dated February 7, 2011, a copy of which is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/24/11

_____
Server's signature

Leslie N Harvey, Attorney
Printed name and title

One Front St, San Francisco, CA 94111
Server's address

Additional information regarding attempted service, etc:

# COVINGTON & BURLING LLP

ONE FRONT STREET
SAN FRANCISCO, CA 94111-5356
TEL 415.591.6000
FAX 415.591.6091
WWW.COV.COM

BEIJING
BRUSSELS
LONDON
NEW YORK
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
WASHINGTON

LESLIE N. HARVEY
TEL 415.591.7013
FAX 415.955.6513
LHARVEY@COV.COM

January 28, 2011

**BY REGISTERED INTERNATIONAL MAIL, RETURN RECEIPT REQUESTED**

Above.com Domain Privacy
8 East Concourse
Beaumaris, VIC 3193
AUSTRALIA

Re: **AAA v. Galacaus, Inc. et al.; Central District of California Case No. 2:11-cv-00587-DSF**

To Whom It May Concern:

Enclosed please find the following documents that were filed on January 20, 2011 in the United States District Court for the Central District of California in *American Automobile Association, Inc. v. Galacaus, Inc. et al.*, Case No. 11-cv-00587-DSF.

1. Summons
2. Complaint
3. Civil Case Cover Sheet
4. Plaintiff The American Automobile Association, Inc.'s Federal Rule of Civil Procedure 7.1 Disclosure Statement
5. Report on the Filing or Determination of an Action Regarding a Patent or Trademark
6. Notice of Assignment of Case to a Magistrate Judge for Discovery
7. Notice to Parties of ADR Program
8. Judge Fischer's Standing Orders
9. Misc. Notices to Counsel and Brochures

COVINGTON & BURLING LLP

January 28, 2011
Page 2

  If you need to reach me for any reason, my phone number is (415) 591-7013 and the address is:

Leslie N. Harvey
Covington & Burling LLP
One Front Street, 35th Floor
San Francisco, CA 94111

                Very truly yours,

                Leslie N. Harvey

Enclosures

| | | | | | |
|---|---|---|---|---|---|
| Item Description (Nature de l'envoi) | ☑ Registered Article (Envoi recommandé) | ☑ Letter (Lettre) | ☑ Printed Matter (Imprimé) | ☐ Other (Autre) | Express ☐ Mail International |

**Insured Parcel** ☐ (Colis avec valeur déclarée) | **Insured Value** (Valeur déclarée) | **Article Number** RA465307547JS

**Office of Mailing** (Bureau de dépôt) | **Date of Posting** (Date de dépôt) 1/28/11

**Addressee Name or Firm** (Nom ou raison sociale du destinataire)
Above.com Domain Privacy

**Street and No.** (Rue et No.)
8 East Concourse

**Place and Country** (Localité et pays)
Beaumaris, VIC 3193, AUSTRALIA

*Completed by the office of origin. (A remplir par le bureau d'origine.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

**Postmark of the office of destination** (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

**Date** 7/2/11

**Signature of Addressee** (Signature du destinataire)

**Office of Destination Employee Signature** (Signature de l'agent du bureau du destination)

*Completed at destination. (A compléter à destination.)*

PS Form **2865**, March 2007 (Reverse)   PSN 7530-01-000-9775