
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF(S)

v.

DEFENDANT(S).

CASE NUMBER

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

Date Filed          Doc. No.          Title of Doc.

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: _____          By: _____
                               Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge